USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

JIM MOORE,

                Plaintiff,        08 Civ. 3840 (JGK)

    - against -             ORDER

BRITISH BROADCASTING COMPANY, et al.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on April 25, 2008, the plaintiff's application for a temporary restraining order is **denied**. The plaintiff's request for a preliminary injunction is **stayed** pending mediation by the Magistrate Judge assigned to this case. The parties should advise the Court if they wish to set a schedule for the briefing and argument on the preliminary injunction.

SO ORDERED.

Dated:    New York, New York
            April 25, 2008

                                        _____
                                        John G. Koeltl
                                        United States District Judge