UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JIM MOORE,

               Plaintiff,

     - against -

BRISTISH BROADCASTING COMPANY,
DISCOVERY COMMUNICATIONS, LLC,
WALL TO WALL PRODUCTIONS, INC.,
MAGNOLIA PICTURES, INC., POLARIS
IMAGES CORPORATION, THE WORKS
MEDIA GROUP, PLC., JP PARRIS, AND
SIMON CHINN,

               Defendants.
------------------------------------------------------------- x

08-CV-3840 (JGK)

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Laura R. Handman, Esq., of DAVIS WRIGHT TREMAINE LLP; hereby enter her appearance as counsel for defendant Discovery Communications, LLC. in the above-captioned action, and request that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorneys at the address stated below.

Dated: New York, New York
       May 19, 2008

                                          DAVIS WRIGHT TREMAINE LLP

                                          By: _____
                                          Laura R. Handman (LH-5353)
                                          1919 Pennsylvania Avenue, N.W.,
                                          Suite 200
                                          Washington, D.C., 20006-3402
                                          (202) 973-4200
                                          *Attorney for Defendant Discovery Communications, LLC*

                                            Electronic Addresses:
                                          LauraHandman@dwt.com

TO:   Clerk of the Court
        United States District Court
        500 Pearl Street
        New York, NY 10007

Oren Lewis Sibony, Esq
Randy M. Kornfeld, Esq.
Kornfeld & Associates P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022
212 759 6767 (tel)
212 759 6766 (fax)
Email: osibony@kornfeldassociates.com

    Edward H. Rosenthal
    Frankfurt Kurnit Klein & Selz, PC
    488 Madison Avenue
    New York, NY 10022
    *Attorney for Wall to Wall Productions*

Nancy E. Wolff
Cowan, DeBaets, Abraham & Sheppard LLP
41 Madison Avenue, 34th Fl.
New York, NY 10010
*Attorney for Polaris Images Corporation and JP Pappis*