```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIM MOORE

                            Plaintiff,

            - against -

BRITISH BROADCASTING COMPANY,
DISCOVERY COMMUNICATIONS, LLC,
WALL TO WALL PRODUCTIONS, INC.,
MAGNOLIA PICTURES, INC.,
POLARIS IMAGES CORPORATION,
THE WORKS MEDIA GROUP, PLC.,
JP PAPPIS, and SIMON CHINN

                            Defendants.
------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

**STIPULATION
AND ORDER**

Index No. 08-cv-3840 (JGK)

IT IS HEREBY STIPULATED AND AGREED by and among the attorneys for the plaintiff and 1) the attorneys for defendants Wall to Wall (Egypt) Ltd.[1], 2) the attorneys for defendants Polaris Images Corporation and JP Pappis, and 3) the attorneys for Discovery Communications, LLC (collectively, the "Appearing Defendants") that:

1. The Appearing Defendants hereby appear and acknowledge and accept service of a) the Summons and Complaint dated April 22, 2008 as well as b) the Order to Show Cause and accompanying Memorandum of Law. By such acceptance, defendants do not waive the right to assert any defense they may have, including without limitation a lack of personal jurisdiction and improper venue; and

2. The Appearing Defendants' time to answer or move with respect to the Complaint dated April 22, 2008 be and hereby is extended through and including June 9, 2008; and

_____

[1] The caption shall be amended to read "Wall to Wall (Egypt) Ltd." instead of "Wall to Wall Productions, Inc." within a reasonable time.



MAY 29 2008

5. This Stipulation may be executed via facsimile and in any number of counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same instrument.

KORNFELD & ASSOCIATES, P.C.
*Attorneys for Plaintiff Jim Moore*

by: Randy Kornfeld (RK 9908)
570 Lexington Avenue, 17th Flr
New York, New York 10022
(212) 759-6767


DAVIS WRIGHT TREMAINE LLP
*Attorneys for Discovery*
*Communications, LLC*



by: Laura Handman (LH 5353)
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
(202) 973-4200

FRANKFURT KURNIT KLEIN & SELZ PC
*Attorneys for Defendants Wall to Wall (Egypt)*
*Ltd.*

by: Edward H. Rosenthal (ER 8022)
488 Madison Avenue
New York, NY 10022
(212) 980-0120


COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
*Attorneys for Defendants Polaris Images*
*Corporation and JP Pappis*



by: Toby Butterfield (TB 8599)
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474



SO ORDERED this 31 day of May, 2008


_____
UNITED STATES DISTRICT JUDGE

2

3. This Stipulation may be executed via facsimile and in any number of counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same instrument.

KORNFELD & ASSOCIATES, P.C.
Attorneys for Plaintiff Jim Moore

by: Randy Kornfeld (RK 9908)
570 Lexington Avenue, 17th Flr
New York, New York 10022
(212) 759-6767

DAVIS WRIGHT TREMAINE LLP
Attorneys for Discovery
Communications, LLC

by: Laura Handman (LH 5353)
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC  20006
(202) 973-4200

FRANKFURT KURNIT KLEIN & SELZ PC
Attorneys for Defendants Wall to Wall (Egypt)
Ltd.

by: Edward H. Rosenthal (ER 8022)
488 Madison Avenue
New York, NY 10022
(212) 980-0120

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
Attorneys for Defendants Polaris Images
Corporation and JP Pappis

by: Toby Butterfield (TB 8599)
41 Madison Avenue, 34th Floor
New York, NY  10010
(212) 974-7474

SO ORDERED this _____ day of May, 2008

_____
UNITED STATES DISTRICT JUDGE

2

3. This Stipulation may be executed via facsimile and in any number of counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same instrument.

KORNFELD & ASSOCIATES. P.C.
*Attorneys for Plaintiff Jim Hopr*

by: Randy Kornfeld (RK/9908)
570 Lexington Avenue. 17th Flr
New York. New York 10022
(212) 759-6767

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Discovery
Communications. LLC*


by: Laura Handman (LH 5353)
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
(202) 973-4200

FRANKFURT KURNIT KLEIN & SELZ PC
*Attorneys for Defendants Wall to Wall (Egypt)
Ltd.*


by: Edward H. Rosenthal (ER 8022)
488 Madison Avenue
New York, NY 10022
(212) 980-0120

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
*Attorneys for Defendants Polaris Images
Corporation and JP Pappis*

by: Toby Butterfield (TB 8599)
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474


SO ORDERED this ____ day of May. 2008


_____
UNITED STATES DISTRICT JUDGE

2