USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIM MOORE,

              Plaintiff,

        -against-

BRITISH BROADCASTING COMPANY,
DISCOVERY COMMUNICATIONS, LLC,
WALL TO WALL PRODUCTIONS, INC.,
MAGNOLIA PICTURES, INC., POLARIS
IMAGES CORPORATION, THE WORKS
MEDIA GROUP, PLC., JP PAPPIS, and
SIMON CHINN

              Defendants.
------------------------------------------------------------X

Index No. 08 CV 3840 (JGK)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that defendants' time to answer, move or otherwise respond to the complaint in this action is extended to and including June 16, 2008.

Dated: New York, New York
June 5, 2008

KORNFELD & ASSOCIATES, P.C.

By: _____
Randy M. Kornfeld
Oren L. Sibony
570 Lexington Avenue, 17th Floor
New York, New York 10022
Tel. (212) 759-6767
Fax (212) 759-6766
*Attorneys for Plaintiff*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Edward H. Rosenthal
Maura J. Wogan
Lia N. Brooks
488 Madison Avenue
New York, New York 10022
Tel. (212) 980-0120
Fax: (212) 593-9175
*Attorneys for Defendant Wall to Wall Productions, Inc.*

So Ordered

6/11/08    _____
           U.S.D.J.

FKKS: 356336 v1                                     13416.600

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: _____
Toby M. J. Butterfield
Nancy E. Wolff
41 Madison Avenue, 34th Floor
New York, New York 10010
Tel. (212) 974-7474
Fax: (212) 974-8474
*Attorneys for Defendant Polaris Images Corporation and JP Pappis*

DAVIS WRIGHT TREMAINE LLP

By: _____
Laura R. Handman
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
Tel. (202) 973-4224
Fax: (202) 452-0067
*Attorneys for Defendant Discovery Communications, LLC*

IT IS SO ORDERED

_____
United States District Judge