USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JIM MOORE,

    Plaintiff,

  - against -

BRITISH BROADCASTING COMPANY,
DISCOVERY COMMUNICATIONS, LLC,
WALL TO WALL PRODUCTIONS, INC.,
MAGNOLIA PICTURES, INC., POLARIS
IMAGES CORPORATION, THE WORKS
MEDIA GROUP, PLC, JP PAPPIS, and
SIMON CHINN

    Defendants.
----------------------------------------X

Index No. 08 CV 3840 (JGK)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that defendants' time to answer, move or otherwise respond to the complaint in this action is extended to and including June 16, 2008.

Dated: New York, New York
   June 5, 2008

KORNFELD & ASSOCIATES, P.C.

By: _____
 Randy M. Kornfeld
 Oren L. Sibony
 570 Lexington Avenue, 17th Floor
 New York, New York 10022
 Tel. (212) 759-6767
 Fax (212) 759-6766
 *Attorneys for Plaintiff*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
 Edward H. Rosenthal
 Maura J. Wogan
 Lia N. Brooks
 488 Madison Avenue
 New York, New York 10022
 Tel. (212) 980-0120
 Fax: (212) 593-9175
 *Attorneys for Defendant Wall to Wall Productions, Inc.*

FKKS: 356336 v1                              13416.600

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____ <br> Toby M. J. Butterfield <br> Nancy E. Wolff <br> 41 Madison Avenue, 34th Floor <br> New York, New York 10010 <br> Tel. (212) 974-7474 <br> Fax: (212) 974-8474 <br> *Attorneys for Defendant Polaris Images Corporation and JP Pappis* | By: _____ <br> Laura R. Handman <br> 1919 Pennsylvania Avenue NW <br> Suite 200 <br> Washington, DC 20006 <br> Tel. (202) 973-4224 <br> Fax: (202) 452-0067 <br> *Attorneys for Defendant Discovery Communications, LLC* |

IT IS SO ORDERED

_____
United States District Judge

6/18/08