UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JIM MOORE,                                          :
                                                    :
                Plaintiff,           :
                                                    :  08-CV-3840 (JGK)
      - against -                                 :
                                                    :
BRISTISH BROADCASTING COMPANY,                      :
DISCOVERY COMMUNICATIONS, LLC,                      :  **DEFENDANT DISCOVERY**
WALL TO WALL PRODUCTIONS, INC.,                     :  **COMMUNICATIONS, LLC'S**
MAGNOLIA PICTURES, INC., POLARIS                    :  **RULE 7.1 CORPORATE**
IMAGES CORPORATION, THE WORKS                       :  **DISCLOSURE STATEMENT**
MEDIA GROUP, PLC., JP PARRIS, AND                   :
SIMON CHINN,                                        :
                                                    :
                Defendants.          :
-------------------------------------------------------- x

      Pursuant to Fed. R. Civ. P. 7.1, undersigned counsel for Discovery Communications, LLC in the above captioned action certifies that Discovery Communications Holding, LLC, a Delaware limited liability company, owns one hundred percent (100%) of Defendant Discovery Communications, LLC, a Delaware limited liability company.  Discovery Holding Company, incorporated in the state of Delaware and whose stock is traded on the NASDAQ under ticker symbols DISCA and DISCB, and Advance/Newhouse Programming Partnership, a general partnership headquartered in Syracuse, New York, each own a percentage of Discovery Communications Holding, LLC.

Dated: New York, New York
       June 23, 2008

1

                        DAVIS WRIGHT TREMAINE LLP

                        By: __s/_____
                            Laura R. Handman (LH-5353)
                            1919 Pennsylvania Avenue, N.W.,
                            Suite 200
                            Washington, D.C. 20006-3402
                            (202) 973-4200
                            laurahandman@dwt.com
                            *Attorney for Defendant Discovery Communications, LLC*

TO:    Clerk of the Court
        United States District Court
        500 Pearl Street
        New York, NY 10007


Randy M. Kornfeld, Esq.
Oren Lewis Sibony, Esq
Kornfeld & Associates P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022
212 759 6767 (tel)
212 759 6766 (fax)
Email: rkornfeld@kornfeldassociates.com
        osibony@kornfeldassociates.com

       Edward H. Rosenthal
       Frankfurt Kurnit Klein & Selz, PC
       488 Madison Avenue
       New York, NY 10022
       *Attorney for Wall to Wall Productions*

       Nancy E. Wolff
       Cowan, DeBaets, Abraham & Sheppard LLP
       41 Madison Avenue, 34th Fl.
       New York, NY 10010
       *Attorney for Polaris Images Corporation and JP Pappis*