UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIM MOORE,<br><br>       Plaintiff,<br><br>   v.<br><br>BRITISH BROADCASTING COMPANY, DISCOVERY COMMUNICATIONS, LLC, WALL TO WALL PRODUCTIONS, INC., MAGNOLIA PICTURES, INC., POLARIS IMAGES CORPORATION, THE WORKS MEDIA GROUP, PLC, JP PAPPIS and SIMON CHINN,<br><br>       Defendants. | 08-CV-3840 (JGK)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Filed by ECF |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by its undersigned attorneys, defendant Polaris Images Corporation respectfully states that it has no parent company and no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York
    June 23, 2008

                    Respectfully submitted,

                      s/Nancy E. Wolff
                    Nancy E. Wolff
                    Cowan DeBaets Abrahams &
                      Sheppard, LLP
                    41 Madison Avenue- 34th Floor
                    New York, New York 10010
                    Telephone: (212) 974-7474
                    Facsimile: (212) 974-8474