Maura J. Wogan (MW-9589)
Lia N. Brooks (LB-0618)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
*Attorneys for Defendant Wall to Wall (Egypt) Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
JIM MOORE,

     Plaintiff,

  -against-

BRITISH BROADCASTING COMPANY,
DISCOVERY COMMUNICATIONS, LLC,
WALL TO WALL PRODUCTIONS, INC.,
MAGNOLIA PICTURES, INC., POLARIS
IMAGES CORPORATION THE WORKS
MEDIA GROUP, PLC., JP PAPPIS, and
SIMON CHINN,

     Defendants.
------------------------------------------------------- X

08 CV 3840 (JGK)

**RULE 7.1
DISCLOSURE
STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Wall to Wall Productions (Egypt) Ltd., incorrectly denominated as Wall to Wall Productions, Inc., states that it is wholly owned by its parent Wall to Wall Television, Ltd., a United Kingdom corporation.

  Wall to Wall Productions (Egypt) Ltd. also states that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 27, 2008

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
     Maura J. Wogan (MW-9589)
     Lia N. Brooks (LB-0618)
488 Madison Avenue, 10th Floor
New York, New York 10022
(212) 980-0120
*Attorneys for Defendant Wall to Wall (Egypt) Ltd.*

TO:    Randy M. Kornfeld
       Kornfeld & Associates, P.C.
       570 Lexington Avenue, 17th Floor
       New York, New York 10022
       *Attorneys for Jim Moore*

FKKS: 357685.v1                                   13416.600